```
ERIC J. BRONSTEIN
JOHN P. ELLIOTT
GREGORY S. VOSHELL
Admitted Pro Hac Vice
ejb@elliottgreenleaf.com/jpe@elliottgreenleaf.com/
gsv@elliottgreenleaf.com
ELLIOTT GREENLEAF & SIEDZIKOWSKI, P.C.
Union Meeting Corp. Ctr.
925 Harvest Dr., Suite 300
Blue Bell, PA 19422
(215) 977-1000
```

*Attorneys for Defendant*s
DIRECTSAT USA, LLC; UNITEK USA, LLC,
and UNITEK GLOBAL SERVICES, INC.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JAMES GEORGE, STEPHEN FORREST on behalf of themselves and a class of employees and/or former employees similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DIRECTSAT USA, LLC, UNITEK USA, LLC and UNITEK GLOBAL SERVICES, INC.<br><br>Defendants. | Case No.  2:10-cv-01664-GMN-RJJ |

## **NOTICE OF WITHDRAWAL OF APPEARANCE**

Defendants DirectSat USA, LLC and UniTek USA, LLC have retained the law firm of Fox Rothschild LLP to represent them in this matter.  Colin D. Dougherty, now with the law firm of Fox Rothschild, LLP, has and will continue to represent Defendants.  Therefore, Eric J. Bronstein, John P. Elliott, Gregory S. Voshell and the law firm of Elliott Greenleaf & Siedzikowski, P.C. respectfully move the Court to withdraw as counsel in the above-captioned matter.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

        By: */s/ Gregory S. Voshell*
           Eric J. Bronstein
           John P. Elliott
           Gregory S. Voshell
           Admitted Pro Hac Vice
           ELLIOTT GREENLEAF &
             SIEDZIKOWSKI, P.C.
           Union Meeting Corp. Ctr.
           925 Harvest Dr., Suite 300
           Blue Bell, PA 19422
           Attorneys for Defendants
           DIRECTSAT USA, UNITEK USA,
           LLC and UNITEK GLOBAL SERVICES

ORDERED that the Court will treat this motion as a Motion to Withdraw as Counsel. Further, ORDERED that said motion is GRANTED.

DATE: MAY 15, 2012

_____
UNITED STATES MAGISTRATE JUDGE

-2-

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that service of the foregoing **NOTICE OF WITHDRAWAL OF APPEARANCE** was made this date by electronic filing at Las Vegas, Nevada, addressed to the following:

| | |
|---|---|
| Michael John Luebke<br>Robert Gingras<br>Gingras, Cates & Luebke, S.C.<br>8150 Excelsior Dr.<br>Madison, WI 53717<br>Attorneys for Plaintiffs | Michael J. Modl<br>Timothy D. Edwards<br>Axley Brynelson, LLP<br>P.O. Box 1767<br>Madison, WI 53701<br>Attorneys for Plaintiffs |

Robert A. Winner
Brent A. Carson
Winner and Carson, P.C.
510 South Eighth St.
Law Vegas, NV 89101

DATED this 10th day of April, 2012.

/s/ *Gregory S. Voshell*
Gregory S. Voshell