ERIC J. BRONSTEIN
JOHN P. ELLIOTT
GREGORY S. VOSHELL
Admitted Pro Hac Vice
ejb@elliottgreenleaf.com/jpe@elliottgreenleaf.com/gsv@elliottgreenleaf.com
ELLIOTT GREENLEAF & SIEDZIKOWSKI, P.C.
Union Meeting Corp. Ctr.
925 Harvest Dr., Suite 300
Blue Bell, PA 19422
(215) 977-1000

*Attorneys for Defendant*s
DIRECTSAT USA, LLC; UNITEK USA, LLC,
and UNITEK GLOBAL SERVICES, INC.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JAMES GEORGE, STEPHEN FORREST on behalf of themselves and a class of employees and/or former employees similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DIRECTSAT USA, LLC, UNITEK USA, LLC and UNITEK GLOBAL SERVICES, INC.<br><br>Defendants. | Case No.  2:10-cv-01664-GMN-RJJ |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Defendants DirectSat USA, LLC and UniTek USA, LLC have retained the law firm of Fox Rothschild LLP to represent them in this matter.  Colin D. Dougherty, now with the law firm of Fox Rothschild, LLP, has and will continue to represent Defendants.  Therefore, Eric J. Bronstein, John P. Elliott, Gregory S. Voshell and the law firm of Elliott Greenleaf & Siedzikowski, P.C. respectfully move the Court to withdraw as counsel in the above-captioned matter.

1
2
3
4
5
6
7
8
9

                                                By:    */s/ Gregory S. Voshell*
                                                        Eric J. Bronstein
                                                        John P. Elliott
                                                        Gregory S. Voshell
                                                        Admitted Pro Hac Vice
                                                        ELLIOTT GREENLEAF &
                                                                SIEDZIKOWSKI, P.C.
                                                        Union Meeting Corp. Ctr.
                                                        925 Harvest Dr., Suite 300
                                                        Blue Bell, PA 19422
                                                        Attorneys for Defendants
                                                        DIRECTSAT USA, UNITEK USA,
                                                        LLC and UNITEK GLOBAL SERVICES

10
11
12

ORDERED that the Court will treat this motion as a Motion to Withdraw as Counsel. Further, ORDERED that said motion is GRANTED.

DATE: MAY 15, 2012

13
14
15

.
.

_____
UNITED STATES MAGISTRATE JUDGE

16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that service of the foregoing **NOTICE OF WITHDRAWAL OF APPEARANCE** was made this date by electronic filing at Las Vegas, Nevada, addressed to the following:

| | |
|---|---|
| Michael John Luebke | Michael J. Modl |
| Robert Gingras | Timothy D. Edwards |
| Gingras, Cates & Luebke, S.C. | Axley Brynelson, LLP |
| 8150 Excelsior Dr. | P.O. Box 1767 |
| Madison, WI 53717 | Madison, WI 53701 |
| Attorneys for Plaintiffs | Attorneys for Plaintiffs |

Robert A. Winner
Brent A. Carson
Winner and Carson, P.C.
510 South Eighth St.
Law Vegas, NV 89101

DATED this 10th day of April, 2012.

/s/ *Gregory S. Voshell*
Gregory S. Voshell