VON S. HEINZ
Nevada Bar No. 859
vheinz@lrlaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
(702) 949-8200 (tel.)
(702) 949-8351 (fax)

*Attorneys for Defendants*
DIRECTSAT USA, LLC; UNITEK USA, LLC,
and UNITEK GLOBAL SERVICES, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES GEORGE, STEPHEN FORREST on behalf of themselves and a class of employees and/or former employees similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DIRECTSAT USA, LLC, UNITEK USA, LLC and UNITEK GLOBAL SERVICES, INC.<br><br>Defendants. | Case No. 2:10-cv-01664-GMN-RJJ |

### NOTICE OF REQUEST TO BE REMOVED FROM MAILING MATRIX FOR DEFENDANTS DIRECT USA, LLC, UNITEK USA, LLC AND UNITEK GLOBAL SERVICES, INC.

On April 11, 2012 Von S. Heinz of the law firm of Lewis and Roca LLP filed a notice of withdrawal as counsel for defendants DIRECTSAT USA, LLC, UNITEK USA, LLC and UNITEK GLOBAL SERVICES, INC. in the above-entitled matter. (Doc. 61.) That same day, Mr. Heinz also filed a notice of withdrawal of counsel for these same defendants on behalf of Ann Marie McLoughlin, who formerly practiced law with the law firm of Lewis and Roca LLP. (Doc. 60.)

Mr. Heinz and Ms. McLoughlin hereby request that both they and their respective law firms be removed from the mailing matrix for this case, as they no longer need to receive ECF notice of matters filed with Pacer for this case.

1   DATED this 12th day of June, 2012.
2
                                            LEWIS AND ROCA LLP
3
4                                           By /s/ Von S. Heinz
                                               VON S. HEINZ
5                                              Nevada Bar No. 859
                                               3993 Howard Hughes Parkway
6                                              Suite 600
                                               Las Vegas, Nevada 89169
7                                              Attorneys for Defendants
8                                              DIRECTSAT USA, UNITEK USA, LLC
                                               and UNITEK GLOBAL SERVICES
9

10  IT IS SO ORDERED.
11  .
    .
12  _____
13  UNITED STATES MAGISTRATE JUDGE
    DATE: JUNE 13, 2012

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

-2-

2919350.1